# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DIVERSIFIED ENVIRONMENTAL SERVICES, INC.,**

    Plaintiff(s),

v.                                            CASE NO:  8:11-CV-2044-T-30AEP

**BARGE OB 150, in rem, and her owners, AMERICAN MARINE & CONSTRUCTION INCORPORATED, and her operators KML, in personam,**

    Defendant(s).

_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #9).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE and ORDERED** in Tampa, Florida on November 3, 2011.

                                      JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2044 dismiss 9.docx